# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-1670

_____

Karen Villa

*Plaintiff - Appellant*

v.

Nancy A. Berryhill, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: September 25, 2017
Filed: September 28, 2017
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Karen Villa appeals the district court's[1] order affirming the denial of disability insurance benefits and supplemental security income. Upon de novo review, we find

_____

[1]The Honorable Becky R. Thorson, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

no basis, and Villa offers none, for overturning the district court's determination that substantial evidence supported the denial. See Gann v. Berryhill, 864 F.3d 947, 950-51 (8th Cir. 2017) (reviewing de novo district court's decision to affirm denial of disability insurance benefits and supplemental security income; by statute, Commissioner's findings as to any fact, if supported by substantial evidence, are conclusive). The judgment is affirmed. See 8th Cir. R. 47B.

_____